```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  01: 06-cr-194 LJO
                                 )
12                  Plaintiff,   )  MOTION AND ORDER TO DISMISS
                                 )  INDICTMENT
13       v.                      )
                                 )
14  MANUEL MARTINEZ-NAVA,        )
                                 )
15                  Defendant.   )
    _____)
16
17       Pursuant to Federal Rule of Criminal Procedure 48(a),
18  Plaintiff United States of America, by and through its attorneys
19  of record, McGREGOR W. SCOTT, United States Attorney, and IAN L.
20  GARRIQUES, Assistant United States Attorney, hereby seek leave of
21  court and move to dismiss the indictment in this case without
22  prejudice, as to the above-named defendant, in the interest of
23  justice.
24  DATED: February 25, 2008         Respectfully submitted,
25                                   McGREGOR W. SCOTT
                                     United States Attorney
26
27                              By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
28                                   Assistant U.S. Attorney

                                  1
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   February 26, 2008**                  /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE